DOA
7-12-19

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Bernal-Castillo | ) | Case No. 19-8322MJ |
| (A208 204 827) | ) | |
| *Defendant* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 12, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Justin Oshana

☒ Continued on the attached sheet.

*Complainant's signature*
Regina Benvenue,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 15, 2019

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On July 12, 2019, Juan Bernal-Castillo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about December 19, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On July 12, 2019, at or near Phoenix, in the District of Arizona, Juan Bernal-Castillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Regina Benvenue, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 12, 2019, Juan Bernal-Castillo was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Bernal-Castillo was examined by ICE Officer Flores, who determined him to be a Mexican citizen, illegally present in the United States. On July 13, 2019, an immigration detainer was lodged with the MCJ. On the same date, Bernal-Castillo was transported to the Phoenix ICE office for further investigation and processing. Bernal-Castillo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Bernal-Castillo be a citizen of Mexico and a previously deported alien. Bernal-Castillo was removed from the United States to Mexico through Calexico, California, on or about December 19, 2015, pursuant to an order of removal issued by an immigration official. There is no record of Bernal-Castillo in any Department of Homeland Security database to suggest that he obtained

2

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bernal-Castillo's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Juan Bernal-Castillo in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Bernal-Castillo presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Bernal-Castillo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Bernal-Castillo's immigration history was matched to him by electronic fingerprint comparison.

5. On July 13, 2019, Juan Bernal-Castillo was advised of his constitutional rights. Bernal-Castillo freely and willingly acknowledged his rights and declined to give a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 12, 2019, Juan Bernal-Castillo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

3

Calexico, California, on or about December 19, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on July 12, 2019, at or near Phoenix, in the District of Arizona, Juan Bernal-Castillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Regina Benvenue
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 15th day of July, 2019.

_____
John Z. Boyle,
United States Magistrate Judge

4